```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

In re                           )
                                )
TERRY M. MYERS and              )
TERRI M. MYERS,                 )No.  12 C 6106
                                )    U.S.Bk. Court
                                )      Case No. 08 B 1439
                                )
           Appellants.          )
```

MEMORANDUM

This Court has received the Judge's Copy of a confusing Notice of Appeal by Terry and Terri Myers (collectively "Myerses"). That pro se filing refers to an April 26, 2012 order by Bankruptcy Judge Carol Doyle in Case No. 08 B 1439, but this Court has not been provided with a copy of that order (or, for that matter, any other record documents)--and most confusing of all, Myerses refer to this matter as impacted (or perhaps controlled) by some unidentified case pending before the Court of Appeals for the Ninth Circuit.

Unless Myerses (1) were to provide this Court with more meaningful information as to their appeal on or before August 20, 2012 and (2) were then to appear before this Court at 9 a.m. August 24 (having given notice to any party or parties entitled to such notice), this Court will be constrained to dismiss this action.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 6, 2012