```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

In re                         )
                              )
                              )
TERRI M. MYERS,               )    No.  12 C 6106
                              )
                              )
          Appellant.          )
```

## MEMORANDUM ORDER

This Court has just received a totally unintelligible Notice of Motion filed by Terry Myers ("Myers")(lest that "unintelligible" characterization might be thought of as hyperbolic, a copy of the filing is attached as Ex. 1). Because the case number, though scrawled, is legible, it has been possible to identify this as a previously terminated bankruptcy appeal by pro se debtor Myers, in which dismissal was ordered on August 24, 2012 because she had failed to comply with an August 6 memorandum issued by this Court.

Under the circumstances the current filing (if it can be called that) is stricken.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date:  December 18, 2012